IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRAD HARBISON, as Independent Administrator of the Estate of Danielle Renee Harbison,; and BRAD HARBISON, as next friend of minor children Wes Harbison and Molly Harbison; <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SARPY, Nebraska, a political subdivision of the State of Nebraska; SARPY COUNTY SHERIFF'S OFFICE, an Agency of the County of Sarpy; JEFF DAVIS, Sheriff; CITY OF BELLEVUE, a municipal corporation and political subdivision of the State of Nebraska; BELLEVUE POLICE DEPARTMENT, an agency of the City of Bellevue; MARK ELBERT, Police Chief; BELLEVUE FIRE DEPARTMENT, an agency of the City of Bellevue; PERRY GUIDO, Fire Chief; CITY OF PAPILLION, a municipal corporation and political subdivision of the State of Nebraska; PAPILLION FIRE AND RESCUE, an agency of the City of Papillion; WELLPATH, LLC, a Delaware Limited Liability Company; JOHN DOES 1 - 16, JOHN DOES 13 AND 14, MARK TOPIL, MARK SHILLER, ALLYSA RANGE, TIMOTHY KENDALL, CODY KRUSE, DANIEL POTMESIL, REECE POST, AARON JONES, AARON JEZEK, MATT MCGINN, ERIN MCCORMICK, JASON WEBER, MARK ARMSTRONG, ERIC MIXAN, and KEITH SANDERS, <br><br> Defendants. | 8:20CV245 <br><br><br> **ORDER OF DISMISSAL** |

This matter is before the court on the parties' stipulation for the dismissal of defendants City of Papillion, Papillion Fire & Rescue, and Wellpath, LLC., Filing No. 79.

Pursuant to the stipulation and Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED that:

1. The plaintiffs' claims against Defendants City of Papillion, Papillion Fire & Rescue, and Wellpath, LLC., are dismissed, with prejudice, those parties to bear their own costs.

2. Defendants City of Papillion, Papillion Fire & Rescue, and Wellpath, LLC. are dismissed from this action.

3. Defendants City of Papillion, Papillion Fire & Rescue, and Wellpath, LLC.'s motion to dismiss (Filing No. 77) is denied as moot.

Dated this 28th day of September, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge