# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BRAD HARBISON, as Independent Administrator of the Estate of Danielle Renee Harbison; and BRAD HARBISON, as next friend of minor children Wes Harbison and Molly Harbison;**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**COUNTY OF SARPY, Nebraska, a political subdivision of the State of Nebraska; SARPY COUNTY SHERIFF'S OFFICE, an Agency of the County of Sarpy; JEFF DAVIS, Sheriff; CITY OF BELLEVUE, a municipal corporation and political subdivision of the State of Nebraska; BELLEVUE POLICE DEPARTMENT, an agency of the City of Bellevue; MARK ELBERT, Police Chief; BELLEVUE FIRE DEPARTMENT, an agency of the City of Bellevue; PERRY GUIDO, Fire Chief; MARK TOPIL, MARK SHILLER, ALLYSA RANGE, TIMOTHY KENDALL, CODY KRUSE, DANIEL POTMESIL, REECE POST, AARON JONES, AARON JEZEK, MATT MCGINN, ERIN MCCORMICK, JASON WEBER, MARK ARMSTRONG, ERIC MIXAN, and KEITH SANDERS,**<br><br>**Defendants.** | **8:20CV245**<br><br>**AMENDED CASE PROGRESSION ORDER** |

    This matter comes before the Court on the Plaintiffs' Motion to Continue and Extend Initial Progress Deadlines Set Forth in Order Entered December 1, 2020, Doc. #95 (Filing No. 135) and the Stipulated Motion to Extend Deadlines (Filing No. 141). After review of the motions and for good cause shown, the Court finds good cause to grant the requested extensions. Accordingly,

    **IT IS ORDERED** that the Plaintiffs' Motion to Continue and Extend Initial Progress Deadlines Set Forth in Order Entered December 1, 2020, Doc. #95 (Filing No. 135) and the Stipulated Motion to Extend Deadlines (Filing No. 141) are granted and the initial progression order is amended as follows:

1)     The deposition deadline is **July 15, 2021**.

2)      The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is **July 15, 2021**. Motions to compel Rule 33 through 36 discovery must be filed by **July 29, 2021**.

         **Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3)      The deadline for filing the anticipated qualified immunity motion is **August 2, 2021** Further case progression will be deferred until after resolution of such motion.[1]

4)      The parties shall contact the undersigned magistrate judge's chambers within seven (7) days after a ruling on the anticipated qualified immunity motion to set a status conference for discussing further case progression.

Dated this 14th day of June, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.