IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRAD HARBISON, as Independent Administrator of the Estate of Danielle Renee Harbison,; and BRAD HARBISON, as next friend of minor children Wes Harbison and Molly Harbison;<br><br>     Plaintiffs,<br>  vs.<br><br>COUNTY OF SARPY, Nebraska, a political subdivision of the State of Nebraska; SARPY COUNTY SHERIFF'S OFFICE, an Agency of the County of Sarpy; JEFF DAVIS, Sheriff;  CITY OF BELLEVUE, a municipal corporation and political subdivision of the State of Nebraska; BELLEVUE POLICE DEPARTMENT, an agency of the City of Bellevue; MARK ELBERT, Police Chief;  BELLEVUE FIRE DEPARTMENT, an agency of the City of Bellevue; PERRY GUIDO, Fire Chief; MARK TOPIL, MARK SHILLER, ALLYSA RANGE, TIMOTHY KENDALL, CODY KRUSE, DANIEL POTMESIL, REECE POST, AARON JONES, AARON JEZEK, MATT MCGINN, ERIN MCCORMICK, JASON WEBER, MARK ARMSTRONG, ERIC MIXAN, and KEITH SANDERS,<br><br>     Defendants. | **8:20CV245**<br><br><br>**ORDER** |

Pursuant to the plaintiffs' motion to dismiss individual capacity claims against defendants Mark Topil, Daniel Potmesil, Reece Post, Matt McGinn, and Keith Sanders, Filing No. 136, the Court hereby enters an Order dismissing the individual capacity claims against Defendants Mark Topil, Daniel Potmesil, Reece Post, Matt McGinn, and Keith Sanders.

 IT IS SO ORDERED.

 Dated this 19th day of July, 2021.

       BY THE COURT:

       s/ Joseph F. Bataillon
       Senior United States District Judge