# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BRAD HARBISON, as Independent Administrator of the Estate of Danielle Renee Harbison and as next friend of minor children Wes Harbison and Molly Harbison;** | **8:20CV245** |
| **Plaintiff,** | |
| vs. | **SECOND AMENDED CASE PROGRESSION ORDER** |
| **COUNTY OF SARPY, Nebraska, a political subdivision of the State of Nebraska, et al;** | |
| **Defendants.** | |

This matter comes before the Court following a telephone conference held with counsel for the parties on July 29, 2021, and the Plaintiffs' Motion to Continue and Extend Initial Progression Deadlines Set (Filing No. 151). In accordance with the matters discussed during the telephone conference and for good cause shown,

**IT IS ORDERED** that the Plaintiffs' Motion to Continue and Extend Initial Progression (Filing No. 151) is granted and the amended case progression order is amended as follows:

1) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is **October 15, 2021**. Motions to compel Rule 33 through 36 discovery must be filed by **October 29, 2021**.

   **Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

2) The deadline for filing motions for qualified immunity is **November 2, 2021**. Further case progression will be deferred until after resolution of such motion(s).[1]

3) The parties shall contact the undersigned magistrate judge's chambers within seven (7) days after the court rules on all qualified immunity motions to set a status conference for discussing further case progression.

Dated this 29th day of July, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.