IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRAD HARBISON, as Independent Administrator of the Estate of Danielle Renee Harbison; and BRAD HARBISON, as next friend of minor children Wes Harbison and Molly Harbison;<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SARPY, Nebraska, a political subdivision of the State of Nebraska; SARPY COUNTY SHERIFF'S OFFICE, an Agency of the County of Sarpy; JEFF DAVIS, Sheriff; CITY OF BELLEVUE, a municipal corporation and political subdivision of the State of Nebraska; BELLEVUE POLICE DEPARTMENT, an agency of the City of Bellevue; MARK ELBERT, Police Chief; BELLEVUE FIRE DEPARTMENT, an agency of the City of Bellevue; PERRY GUIDO, Fire Chief; MARK SHILLER, ALLYSA RANGE, TIMOTHY KENDALL, CODY KRUSE, AARON JONES, AARON JEZEK, ERIN MCCORMICK, JASON WEBER, MARK ARMSTRONG, and ERIC MIXAN,<br><br>Defendants. | 8:20CV245<br><br>ORDER |

This matter is before the Court on the parties' stipulation for the dismissal of defendants Aaron Jones, Mark Armstrong, and Eric Mixan, Filing No. 194.

Pursuant to the stipulation and Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED that:

1. The plaintiffs' claims against Defendants Aaron Jones, Mark Armstrong, and Eric Mixan, are dismissed from this action, with prejudice.

2

2. Defendants' Eric Mixan, Mark Armstrong, and Aaron Jones motions for summary judgment (Filing Nos. 165, 167, and 181) are denied as moot.

Dated this 5th day of January, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge