IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRAD HARBISON, as Independent Administrator of the Estate of Danielle Renee Harbison,; and BRAD HARBISON, as next friend of minor children Wes Harbison and Molly Harbison;<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SARPY, Nebraska, a political subdivision of the State of Nebraska; SARPY COUNTY SHERIFF'S OFFICE, an Agency of the County of Sarpy; JEFF DAVIS, Sheriff; CITY OF BELLEVUE, a municipal corporation and political subdivision of the State of Nebraska; BELLEVUE POLICE DEPARTMENT, an agency of the City of Bellevue; MARK ELBERT, Police Chief; BELLEVUE FIRE DEPARTMENT, an agency of the City of Bellevue; PERRY GUIDO, Fire Chief; MARK SHILLER, ALLYSA RANGE, TIMOTHY KENDALL, CODY KRUSE, AARON JEZEK, ERIN MCCORMICK, and JASON WEBER,<br><br>Defendants. | 8:20CV245<br><br>ORDER |

    This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall,

and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

    SO ORDERED.

    Dated this 9th day of March, 2022.

                                                             BY THE COURT:

                                                              *s/ Joseph F. Bataillon*
                                                              Senior United States District Judge