# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BRAD HARBISON, as Independent Administrator of the Estate of Danielle Renee Harbison; and BRAD HARBISON, as next friend of minor children Wes Harbison and Molly Harbison;** | **8:20CV245** |
| **Plaintiffs,** | **AMENDED TRIAL SETTING ORDER** |
| **vs.** | |
| **COUNTY OF SARPY, Nebraska, a political subdivision of the State of Nebraska; SARPY COUNTY SHERIFF'S OFFICE, an Agency of the County of Sarpy; JEFF DAVIS, Sheriff;** | |
| **Defendants.** | |

This matter is before the Court following a telephonic hearing with counsel for the parties on April 15, 2024, on the Stipulated Motion to Continue Trial Dates (Filing No. 272). In accordance with the matters discussed during the hearing and for good cause shown,

**IT IS ORDERED** the Stipulated Motion to Continue Trial Dates (Filing No. 272) is granted. Accordingly,

1) The Final Pretrial Conference is continued and scheduled to be held before the undersigned magistrate judge on **August 1, 2024**, at **10:00 a.m.**, and will be conducted in chambers. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to nelson@ned.uscourts.gov in Word format, by **3:00 p.m. on July 25, 2024**.

2) The jury trial of this case is continued and set to commence before Robert F. Rossiter, Jr., Chief United States District Judge, in Courtroom 4, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at **9:00 a.m.** on **September 9, 2024**, or as soon thereafter as the case may be called, for a duration of **six (6)** trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

3) Motions in limine and motions seeking pretrial evidentiary hearings regarding the admissibility of evidence shall be filed no later than twenty-eight (28) days before trial.

4) The parties are ordered to comply with **Chief Judge Rossiter's Civil Jury Trial Practices** posted at https://www.ned.uscourts.gov/attorney/judges-information.

Dated this 15th day of April, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge