# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BRAD HARBISON, as Independent Administrator of the Estate of Danielle Renee Harbison,; and BRAD HARBISON, as next friend of minor children Wes Harbison and Molly Harbison;** | 8:20CV245 |
| **Plaintiffs,** | **ORDER** |
| vs. | |
| **COUNTY OF SARPY, Nebraska, a political subdivision of the State of Nebraska;** | |
| **Defendant.** | |

Upon notice of settlement given to the undersigned magistrate judge by counsel for defendant,

**IT IS ORDERED:**

1. On or before **October 9, 2024**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 9th day of August, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge